■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN SHAMPINE, Appellant. [908 NYS2d 381]—Appeal from an order of the Jefferson County Court (Kim H. Martusewicz, J.), entered March 22, 2007. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.